RESET FORM

# United States District Court
## *Southern District of Georgia*

Roland Jones et al.,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV417-191

Jose Morales, Warden, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/20/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

Judge Approval?

11/20/17
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*